**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LINCOLN PLACE CAPITAL, LLC,,     **)** | |
| **)** | **Case No.** 3:25-cv-1607 |
| **)** | **CJRA Track: C** |
| **Plaintiff,**     **)** | **Mediation:** Yes |
| **)** | **Presumptive Trial Month:** March 2027 |
| **vs.**     **)** | |
| **)** | |
| THE CINCINNATI INSURANCE     **)** | |
| COMPANY,     **)** | |
| **)** | |
| **Defendant.** | |

## JOINT REPORT OF PARTIES AND
## PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on 11/07/2025 with attorneys and/or unrepresented parties participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. A stipulation selecting a mediator shall be filed with the Court by December 4, 2025 (no later than **28 days** following the Scheduling and Discovery Conference).

2. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by 1/12/2026.

3. Plaintiff's deposition shall be taken by 3/31/2026.

4. Defendant's deposition shall be taken by 4/30/2026.

5. Motions to amend the pleadings, including the commencement of a third-party action, shall be filed by 1/28/2026 (no later than **90 days** following the Scheduling and Discovery conference).

6. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

Plaintiff's expert(s): 4/30/2026.
Defendant's expert(s): 5/30/2026.
Third Party expert(s): N/A.

7.  Depositions of expert witnesses must be taken by:
Plaintiff's expert(s): 5/30/2026.
Defendant's expert(s): 6/15/2026.
Third Party expert(s): N/A.

8.  The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties shall submit to the Court any joint proposed ESI protocol no later than 11/13/2025 (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

9.  The **Mediation Session** shall be completed by 6/27/2026 (no later than **30 days** before the discovery cut-off).

10. **Discovery** shall be completed by 7/27/2026 (no later than **130 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

11. The **Mediation Proceedings,** including additional mediation sessions, if any, are strongly encouraged to be completed by 8/11/2026 (no later than **15 days** after the discovery cut-off).

12. All **dispositive motions** shall be filed by 8/24/2026 (no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

13. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute. If the dispute cannot be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED:  11/12/2025

/s/ Anthony Pastor , Esq.
Anthony Pastor
Attorney(s) for Plaintiff(s)


/s/ Scott Wing, Esq.
Scott Wing
Attorney(s) for Defendant(s)