

## 1st Request To Schedule Depositions - LINCOLN PLACE CAPITAL LLC - 3:25-cv-01607-GCS

**Carla Rosa** <Carla@nia.law>                                                                 Fri, Feb 27, 2026 at 4:52 PM
To: Scott Wing <sw@lefltd.com>
Cc: Anthony Pastor <Anthony@nia.law>, Alicia Santa Maria <alicia@nia.law>, Deishaly Morales <deishaly@nia.law>, Service Email <service@nia.law>, Dax Sotero <Dax@nia.law>

Greetings Counsel,

Our office formally requests to schedule the depositions of Defendant's Field Adjuster, Engineer, Corporate Representative, and Desk Adjuster. We are requesting these depositions take place via Zoom.

Please confer with the abovementioned witnesses and provide us with at least 3 potential deposition dates for each based on your mutual availability.

Below you will find the Corporate Representative topics:

1. The allegations set forth in the Complaint.
2. The Insurance Policy entered into between the Insurer and the Insured as referenced in the Complaint.
3. All facts related to the Insurer's involvement in the Insured's claim as referenced in the Complaint.
4. All facts related to communications between the Insured and agents of the Insurer as it relates to the allegations set forth in the Complaint.
5. The adjustment and claim handling of the claim alleged in the Complaint.
6. The dollar value of the Insured's damages.
7. All facts and information supporting any defenses to the Plaintiff's claim for insurance proceeds as alleged in the Complaint.
8. All facts and information supporting any Answer and Affirmative Defenses.
9. All facts and information supporting any defense or exclusion of coverage under the Insurance Policy.
10. The identity, job title, job description, and activities of all persons (including any non-employees) who participated in any way in investigating the subject loss.
11. All facts and information relating to any underwriting inspections performed at the property in the past ten (10) years.

12. All facts and information relevant to any prior claims at the subject property in the past ten (10) year.

Thank you,

**Carla Carrasco**
**Legal Assistant**

**National Insurance Advocates**

