23/6/26, 9:05 National Insurance Attorneys, LLC Mail – 1st Request To Schedule Depositions – LINCOLN PLACE CAPITAL LLC – 3:25-cv-01607-GCS

Case 3:25-cv-01607-GCS Document 40-2 Filed 06/29/26 Page 1 of 1 Page ID #319

 Gmail

**Service Email <service@nia.law>**

---

# 1st Request To Schedule Depositions - LINCOLN PLACE CAPITAL LLC - 3:25-cv-01607-GCS

---

**Service Email** <Service@nia.law>                    Wed, Apr 1, 2026 at 10:30 AM
To: Carla Rosa <Carla@nia.law>
Cc: Scott Wing <sw@lefltd.com>, Anthony Pastor <Anthony@nia.law>, Alicia Santa Maria <alicia@nia.law>, Deishaly Morales <deishaly@nia.law>, Dax Sotero <Dax@nia.law>

Good morning,

I am writing to follow up on the email below regarding the scheduling of depositions for Defendant's Field Adjuster, Engineer, Corporate Representative, and Desk Adjuster, to be conducted via Zoom.

We respectfully request that you please provide at least three (3) available dates for each witness at your earliest convenience so that we may proceed with scheduling.

For ease of reference, the proposed Corporate Representative topics were included in our prior correspondence below.

Thank you for your attention to this matter. We look forward to your response.

Warm regards,

**Jazmin Marroquin**

**Legal Assistant**

**National Insurance Advocates**

**Website: NIA.Law**



[Quoted text hidden]