National Insurance Attorneys, LLC Mail - 1st Request To Schedule Depositions - LINCOLN PLACE CAPITAL LLC - 3:25-cv-01607-GCS

 **Gmail**

Service Email <service@nia.law>

# 1st Request To Schedule Depositions - LINCOLN PLACE CAPITAL LLC - 3:25-cv-01607-GCS

**Dax Sotero** <dax@nia.law>                                                 Fri, Apr 3, 2026 at 11:52 AM
To: Service Email <Service@nia.law>
Cc: Carla Rosa <Carla@nia.law>, Scott Wing <sw@lefltd.com>, Anthony Pastor <Anthony@nia.law>, Alicia Santa Maria <alicia@nia.law>, Deishaly Morales <deishaly@nia.law>

Hi Scott,

This is our third follow-up regarding scheduling the depositions initially requested in February for Defendant's Field Adjuster, Engineer, Corporate Representative, and Desk Adjuster, to be conducted via Zoom.

Please provide at least three (3) available dates for each witness at your earliest convenience so that we may proceed with scheduling.

The proposed Corporate Representative topics were included in our prior correspondence below.

We look forward to your response.

Thank you,
[Quoted text hidden]
--

## Dax Sotero

[Quoted text hidden]