23/6/26, 9:08    National Insurance Attorneys, LLC Mail - 1st Request To Schedule Depositions - LINCOLN PLACE CAPITAL LLC - 3:25-cv-01607-GCS

Case 3:25-cv-01607-GCS   Document 40-4   Filed 06/29/26   Page 1 of 1   Page ID #321

 Gmail

Service Email <service@nia.law>

---

## 1st Request To Schedule Depositions - LINCOLN PLACE CAPITAL LLC - 3:25-cv-01607-GCS

---

**Service Email** <Service@nia.law>                Wed, Apr 29, 2026 at 10:18 AM
To: Scott Wing <sw@lefltd.com>
Cc: "litigation@nia.law" <litigation@nia.law>

Good morning,

Please find attached the Motion to Compel letter regarding the above-referenced matter. We respectfully request your response as soon as possible.

Warm regards,

## Jazmin Marroquin

## Legal Assistant

## National Insurance Advocates

## Website: NIA.Law



[Quoted text hidden]

---

📄 **Lincoln Place (1607) MTC Letter.docx.pdf**
207K